UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIGUEL PEDRO MARCOS,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

CASE NO. 2:26-cv-04398-GJL

ORDER GRANTING MOTION FOR ENLARGED BRIEFING SCHEDULE

Presently before the Court is a joint expedited Motion for enlarged briefing schedule in these federal habeas proceedings pursuant to 28 U.S.C. § 2241.[1] Dkt. 6. Upon consideration of the Motion and for good cause shown, the Court **GRANTS** the Motion. Dkt. 6. Respondents shall **FILE** a return on or before **December 4, 2026**, and Petitioner may **FILE** a reply on or before **December 8, 2026**.

Dated this 23rd day of November, 2026.

Grady J. Leupold
United States Magistrate Judge

[1] The parties have consented to proceed in this matter before a United States Magistrate Judge. Dkt. 3.